UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-CR-250-SLS |
| **DARIOUS PHILLIPS** | : | |

## MOTION TO CONTINUE SENTENCING AND RELATED DEADLINES

Darious Phillips, through undersigned counsel, respectfully requests this Honorable Court continue his sentencing to the second week of May 2026 or later. Before Mr. Phillips's arrest, he was unable to secure truly stable long-term employment. Now, Mr. Phillips is engaged in programming at the D.C. Jail's Correctional Treatment Facility, where he is learning valuable technical and vocational skills that will serve him well as a returning citizen once he completes his term of incarceration in the Bureau of Prisons. Indeed, Mr. Phillips has completed the first phase of his vocational program at the jail, and he hopes to remain so he can graduate when the program ends in approximately eight weeks. Undersigned counsel has conferred with counsel for the government, who consents to this request.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tezira Abe
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500